UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:                                              ) Case No. 09-44979
                                                    )
LESSNO, LLC,                                        ) Involuntary Chapter 7 Proceedings
                                                    )
           Debtor.                                  )

## NOTICE OF APPEAL

Tally M. Wiener, Esq., holder of an allowed administrative expense claim in the above-captioned involuntary Chapter 7 proceedings, appeals under 28 U.S.C. § 158(a) from the *Order Dismissing Chapter 7 Case and Marking the Motion to Compel and the Motion to Strike off the Calendar* entered in the above-captioned involuntary Chapter 7 proceedings on the 14th day of December, 2012.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Lessno LLC

Represented by
Michael J. Connolly
Forman Holt Eliades Ravin & Youngman LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
201.845.1000


Dated: December 27, 2012          Respectfully submitted by the Appellant,
       New York, NY

                                  *[signature]*
                                  Tally M. Wiener
                                  Law Offices of Tally M. Wiener, Esq.
                                  119 West 72nd Street, PMB 350
                                  New York, New York 10023
                                  (212) 574-7975
                                  tally.wiener@thecomi.com