UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Tally M. Wiener, Esq.

        Appellant

    v.

Lessno LLC

        Appellee

Lessno LLC

        Debtor
------------------------------------------------------------X

**NOTICE OF DOCKETING BANKRUPTCY APPEAL**

U.S.D.C. Case No.: 13cv831

**U.S. Bankruptcy Court Case No.:** 1-09-44979

In accordance with Rule 8007(b) of the Bankruptcy Rules, notice is hereby given of the docketing on 2/13/2013 of an appeal taken in the above-referenced action from an order, judgment or decree of the Bankruptcy Court entered on or after 12/27/2012.

This proceeding has been assigned to the **HONORABLE** Jack B. Weinstein United States District Judge. Please indicate the assigned judge and the District Court case number on all papers being submitted to the court. Filing and service of the briefs and appendix are to be accomplished in accordance with Rule 8009 of the Bankruptcy Rules and/or the Individual Judge's Court Rules.

Dated: Brooklyn, NY 11201

2/13/2013

DOUGLAS C. PALMER
Clerk of the Court

By: _____
, Deputy Clerk

Notice mailed to all parties to the order, judgment or decree appealed from who will not be receiving electronic notice as listed herein:

See attached sheet: