**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2013 ☆

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------

TALLY M. WIENER

LESSNO ᵛ
LESSNO LLC
            Appellee

            v

LESSNO LLC

------------------------------

Civil Action No. CV-_13_-_831_ (JBW)

Judge _WEINSTEIN_


## BRIEFING SCHEDULE FOR BANKRUPTCY APPEAL TO THE DISTRICT COURT


        Pursuant to Bankruptcy Rule 8009, the briefing schedule
for this action is as follows:


        **Appellant's brief** shall be served and filed
            within *14* days after the entry of the appeal
            on the docket.


        **Appellee's brief** shall be served and filed
            within *14* days after service of the brief
            of the appellant.


        **Appellant's reply brief** shall be served and
            filed within *14* days after service of the
            brief of the appellee.

*The Court is to be provided with hard copies of all documents filed.*


                                    _____
                                    Honorable
                                    United States District Judge



Dated:    *2/27/13*
          Brooklyn, New York