45 mins

DATE 6/13/13

BEFORE JUDGE Weinstein AT 10:30 A.M/~~P.M.~~

C/R or ~~ECR~~ C. Kitt            MAG. _____

CIVIL CAUSE FOR MOTION HEARING

Docket Number CV13-831

Title: Tally Wiener vs. Lessro LLC

(Pltff.) (Deft.) _____ motion for bankruptcy appeal

Appearances: For Pltff. Tally Wiener

For Deft. Michael Connolly

✓ Case called.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued. ___ Motion Granted ___ Motion Denied.

___ Decision reserved.

✓ Order to be submitted by Parties

___ Case adjourned to _____ for _____

✓ Other Case is remanded to the Bankruptcy court for clarification of the two orders issued 12/14/12.